Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

IJUL  7 2025

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

Keesian Mayes Deshawn

_Your full name_

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.

Lt A.Ayers ct B. Kinder

Pharmicist Ms Wymer, Nurse

Ms Shaymann, Ms % K. Stand-

Katie ~~████████~~ %Ms Thacker

_Enter above the full name of defendant(s) in this action_

Civil Action No.: 5:25-cv-~~00039~~ 149
_(To be assigned by the Clerk of Court)_

Bailey
Mazzone
Prince

## I.   JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.   Name of Plaintiff: KeeJuan Mayes   Inmate No.: 54280509
Address: Bruceston Mills 26525, P.O. Box 2000
USP - Hazelton Prison

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

**Attachment A**

B.    Name of Defendant: Lt A. Ayers
      Position: Lt /G
      Place of Employment: FCI Gilmer
      Address: Fci gilmer WV

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: Lt A. Ayers was the
Shu Lt for the Prison / FCI Gilmer. At the
time My Claims occured. 10-25 /23

B.1   Name of Defendant: Lt B. Kinder
      Position: Lt / SO / SIA
      Place of Employment: FCI Gilmer
      Address: FCI Gilmer

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: Lt B. Kinder was
Acting As An SIA / Lt of the Compound he Dose Multiple
things But when these Claims occured he Lt B Kinder
was the one who Read My write up to Me. he was
one of the Responding officers on 10/25/23 for FCI Gilmer.

B.2   Name of Defendant: Ms Shay hand
      Position: Nurse /G
      Place of Employment: FCI Gilmer
      Address: FCI Gilmer

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☐ Yes        ☐ No

**Attachment A**

If your answer is "YES," briefly explain: Ms Nurse Ms Shaykand was doing some kind of vist for Inmates Maby giving shots or colecting blood. unrion she do a lot of Different things, But on the DAy of 10/25/25 She kept walking past Back And forth looking So Im not Sure whnt She was Doing But I know She kept peeicing At me

B.3   Name of Defendant: Ms K Standkatie
Position: C/o officers
Place of Employment: FCI -Gilmer
Address: FCi Gilmer

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: C/o Ms - K Standkatic was the one who gave me A false Incident on the Day of 10-25-23, Ms KStandkatic was working as A Compound "officer", the write up was to get Me Into the Shu, Adding & Abbetting the Menchion Lts.

B.4   Name of Defendant: Ms Wymer
Position: C/o Pharmicist
Place of Employment: FCI Gilmer
Address: . FCI Gilmer

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: Ms wymer came to the Shu - Recyard. And ASK Mayes Are you going to take Your Meds? then Asked My Name And # And Gave me the wrong meds So She was Acting of An Pharmicist.

B.5    Name of Defendant: Ms Thacker
       Position: S/o Unit officer
       Place of Employment: FCI Gilmer
       Address: FCI Gilmer

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes    ☒ No

If your answer is "YES," briefly explain: Ms Thacker was working as a unit officer At the time of the Staff/Misconduct S-exual Assolt, and She was the one Lt B. Kindee, came to Question Me. About At the hospital so he Says! About Staff Misconduct.

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: USP- Hazelton

A.    Is this where the events concerning your complaint took place?
      ☒ Yes    ☑ No

      If you answered "NO," where did the events occur?
      FCI Gilmer Prison

B.    Is there a prisoner grievance procedure in the institution where the events occurred?    ☒ Yes    ☑ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
      ☒ Yes    ☑ No

D.    If your answer is "NO," explain why not: Do to Special housing unit, Library closed And Do to Malfeasance staff At USP Hazelton I M unAble to File or ExHAUSted ADMiniStrAVite RemeDies

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed
      B

*[handwritten top margin:]* unAble to Do, Do to MalFeasance staff unit team
Level 1 ↗ *[arrow to:]* Its impossible to exhuast + ADMinistrative Remedies Do to MalFeasance, staff At USP unit team & won't Give me?

**Attachment A**   Hazelton

Level 2 un
Level 3 sucessful

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:** *[scribbled out]*

LEVEL 1 *[scribbled out]*

LEVEL 2 *[scribbled out]*

LEVEL 3 *[scribbled out]*

*[handwritten:]* which I... for it the Moment.

## IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☒Yes   ☑ No *[handwritten:]* only Letter to Judge DAVID Faber.

B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

    Plaintiff(s): *KeeJuan Mayes*

    Defendant(s): *Lt A. Ayers Lt B. Kinder Ms Shayman, Ms Coyener USP Hazelton staff*

2.  Court: *Federal District of Sothern District of WV 26003*
    *(If federal court, name the district; if state court, name the county)*

3.  Case Number: *1:25-cv-00082 / Case Number Changed to 5:25-cv-00029*

4.  Basic Claim Made/Issues Raised: *I KeeJuan Mayes was "Sexually" Physically Assulted, Results was A broken left shoulder then was sent to USP-Hazelton,) Before Been sent to USP-Hazelton I was gave the wrong Meds am 12-1-23/ on 10-25-23 I notices A Nurse Peeling At Me completly naked & violation of U.S Consitution At USP Hazelton H-24-2. 11-24-24 I fell from top Bunk. Reinsured Left sGoolder Then shiped to big sandy*

5.  Name of Judge(s) to whom case was assigned: *DAVID FABER & FRANK VOLK*
    NO ↓

6.  Disposition: *Yes Case was Dismissed I only wrote Letters* *[strikethrough over "Yes Case was Dismissed"]* *explaining my situation*
    *(For example, was the case dismissed? Appealed? Pending?)*
    NO ↓    Never

7.  Approximate date of filing lawsuit: *Jan 18th Feb 14th 2025/was Dismissed Because it wasn't on cort Approve form only A Letter explaing what Happen to Me.*

*This is the First time filing on the correct form.*

**Attachment A**

*[handwritten: Torture/Removed never Filed]*

8.  Approximate date of disposition. Attach Copies: *[handwritten: None ... Hate time]*

C.  Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☒ Yes    ☒ No  *[handwritten: unit team Malfeasent ...]*

D.  If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. *[handwritten illegible scribbles]*

E.  Did you exhaust available administrative remedies?  ☒ Yes  (No) *[handwritten: unable to get, No couldn't, Exhaust Do to special housin unit ... Get Forms, Library closed]*

F.  If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. *[handwritten illegible scribbles]*

G.  If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.  Parties to previous lawsuit: *[handwritten: No Law Suit Filed, I wrote a Motion Seeking counsel Explaing what took Places which is on File. The Parties Ive Spoke About Are Lt.Ayers, Lt B. Kinder Ms Wymer, Ms Shaw imo. None Filed only Letter]*

Attachment A

Plaintiff(s): _Keevan Mayes_

Defendant(s): _Lt Ayers, Lt BKinder, Ms Wymer, Ms Shaylhand, USP-Hazelton Staff._

2.      Name and location of court and case number:
United States District Court for the Northern District of west Virginia sort 247. 1125 chapline Street Wheeling WV 26003 5:25-cv-0002G

3.      Grounds for dismissal:    ☐ frivolous    ☐ malicious
☑ failure to state a claim upon which relief may be granted
↓ Never

4.      Approximate date of filing lawsuit:
Nerer Filed

5.      Approximate date of disposition

## V.      STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.  Describe what each defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL*
3.4.4)

Refusing order 10-23-23

CLAIM 1: Ms K. Sfand Katie wrote A False Incident Report to get Me Inside the Shu, and She's Harassed Since the Destruction of Property was Dismissed, but on 10-23-23 She Made Falsified Statmeit basicly Briefly to get me to the Shu So I could be Assulted. Time

Supporting Facts: I Recieved An incident Report And was took to the Shu.

**Attachment A**

write of 30th

K

Lied on me on 10-23-23 to Place Me in the Shu on 10-25-25

And Qud on 12-8-2022, Ms Standkatic Sent to Me to the Sha But Lied Agin on File's formsng Incident Reports She Lied About Packing qly Property she stated She Pack My Property, when the Entire Prison was on lock Down from a Stabbing She didnt come to work till Next Day, So She Has a pattern of lieing. Also lied for 10-23-23

Harassment Addeting Abedding

**CLAIM 2:** Ms Shayhand % Nurse as I was getting out of A Shower by My Self began to Dry off Then Notice Ms Shayhand Repeatedly Kept walking Past My Sell So I yelled Prea As All this is Jseen on Camera. Just Moments of be being Assulted on 10/25/23

14 21

Prea

Staff Misconduct Prea

**Supporting Facts:** Ms Shayhand is Seen on Camera Repentedly Walking Past look Directly At My Private Parts. Moments Later I was Assulted. on 10-25-23 / @ 6:00

Staff Misconduc 245 I called Prea

**CLAIM 3:** Mr Crisfield walked me Keithan Mayes with A unknow officer to Lt A Ayers, offices, with handcuffs on behind My Back I had a Seat Aecross from Lt Ayers And Spoke About Staff Misconduct, how ever periodly Lt Ayers told me too explain More But, Mr % Chrisfield Asked is Mayes ready to Leave yet? 10-23-23

Eessive force assult

203 224R write uj 11-30-

**Supporting Facts:** Lt Ayers, Said No After Ive Been in his offices over 30 Min, Chrisfield left. I continue explaying As I walk Completly the oppasit from Lt Ayers he told me look At My Computer look what's being Said then I walk toward him he Slamed me by grabing My Arm using his hipps Beat Spit Kneed and choked me then called for back up. 10-23-23

12:45

**CLAIM 4:** Lt Kinder was one of the Responding officer he was the one who Already had my cort me but, However I was Put in the holdnig cell then S/s Husk Asked Are we going to Start the camera Lt Kinder Stated No I got this then began Ripping My close Grippen My balls Sqeezing them to inflic Pain And etc shortly After I was Seen by Medical Staff.

Sexual Assult Essesive Force

10-25-23 12:49 1:30 203 224R write ups 10-25-23

**Supporting Facts:** I was Placed in cell-104. Range 1 or Around that After Multiple checking of Restraints by Lt Kinder Ms Bly Officers, Then the Last Vist from Lt Ayers Lt Kinder they Asked why am I telling what Happen thats when they both Stated Attacking me while in Hand Restraints

Essesive Force Assult

10-25-23 2:00 PM

or Around that time

**Attachment A**

*[margin annotations: Adding a bedding in Aues' PREA Sexual Ct. Kinder Around PREA May - June Misconduct 6-8oclock AM Between 8oclock 6:00 4:30 Phamicist gave me the wrong Meds Medical Different]*

yanking on My Broken shoulder then told me Not to Say Anything to Anyone of his staff or it would Get worse And Begin fixing there Uniforms then shortly after I was Rush to the hospital By sis Fergerson, C/O Unknow

CLAIM 5: Ms wymer Pharmicist Escorted By Evans C/O came to outside Recyard thats in the sho; Ms wymer came to the gate on (12-1-23) Asked me Mayes Are you gona take Cyour Meds And gave me A cup of Crushed up Meds I came back to My cell I got Dizzy And Hit My Head, And was Bleeding After I spoke of this.

Supporting Facts: Ms wymer Said that Following that I wasnt Post to take those? which I DiDnt get? when She Asked My Name, Inmate Number then gave them me ??? She Would leave And as Seen on Camera she wouldnt tell me / state what it was she gaveme! After I spoke with sis Fergerson And Sis Akins, Ms wymer stated she wish I DIED, or overdose

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Left Shoulder was Ripped And broken from 1-oclock - 8 oclock Range there was Glenoid Fracbr, circle Rental Dameges, Anterior was torn, "Labrum torn" Superialy, And Inferioly I had to get Bicept Pulled to its Normal Plae, And A Rod, Ancrows/Recon struction was Installed/performed, After the Assolt Keys, Chains, Handcuffs ee Throw me into Being in that office,

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I Keesean Mayes would like to be Immiedate Released, I would Also like to Surt And be Rewarded 100,000,000,000 one hardred Million Dollars, Compensatory Damages And fire, All officer Involved in this corrupt practice And to Suit Civil to the FBop Agency for All the Pain And Suffering thats Enfecting My Daily life And for ptso/Truama And for breaking My left shoulder, I would like for the court to Also Help Me with Counsel/Attorney to Represent Me in these MAtter, I have a lawyer in mind thats ficmilar with this top of circumstances His Name is Brian Johnson I would ASk the court Either have him, Represent me or Assist me with Counsel Thank you

To the courtIs And I want Lt Ayers, Lt B. Kinder Ms wymer Ms Shayhwwy Ms K. stand Katie Ms Tharkee All Threw in Jail!!!

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at ___USP-Hazelton___ on ___5/15/25___ .
              (Location)                        (Date)


_Keejian Moyes_
Your Signature